No. 83–348. STORRS v. STATE MEDICAL BOARD; and ROSI v. STATE MEDICAL BOARD. Sup. Ct. Alaska. Certiorari denied.

No. 83–349. LANG v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 83–351. PUERTO RICO ELECTRIC POWER AUTHORITY v. GENERAL ELECTRIC CO. Sup. Ct. P. R. Certiorari denied. Reported below: —— P. R. R. ——.

No. 83–352. TRANS-WORLD SEWING MACHINE CO., INC. v. STANDARD SEWING EQUIPMENT CORP. Ct. App. Kan. Certiorari denied.

No. 83–354. LOCAL UNION No. 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO v. INGRAM ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–355. HOLTER ET AL. v. MOORE & CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–362. BERES ET AL. v. HOPE HOMES, INC., ET AL. Ct. App. Ohio, Summit County. Certiorari denied.

No. 83–367. HARDEN v. E. I. DU PONT DE NEMOURS & CO. C. A. 3d Cir. Certiorari denied.

No. 83–377. OFFICENTERS INTERNATIONAL CORP. OF ATLANTA v. INTERSTATE NORTH ASSOCIATES. Ct. App. Ga. Certiorari denied.

No. 83–381. METROPOLITAN ERECTING CO., INC. v. INRYCO, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–384. HUDENBURG v. NEFF, EXECUTOR OF THE ESTATE OF LUMMIS, ET AL. Ct. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 83–386. MASSARSKY v. GENERAL MOTORS CORP. C. A. 3d Cir. Certiorari denied.